# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MANUEL VALDEZ and RAFAEL VALDEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>V.<br><br>CHEMOIL ENERGY, INC.,<br><br>Defendant. | CIVIL ACTION NO. 5:16-CV-00419-XR |

## ADVISORY

The Parties have reached a confidential settlement of their dispute and are preparing closing papers. Accordingly, Plaintiffs respectfully request the issuance of 30-day conditional orders for the Parties to file their Joint Motion to Approve Settlement and to Dismiss with Prejudice.

                                              Respectfully submitted,

                             By:    */s/Robert R. Debes, Jr.*
                                        Robert R. Debes, Jr.
                                          State Bar No. 05626150
                                          Ricardo J. Prieto
                                          State Bar No. 24062947

                                        **ATTORNEYS FOR PLAINTIFFS**

OF COUNSEL:
SHELLIST | LAZARZ|SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

## CERTIFICATE OF SERVICE

  I served a true and correct copy of this document on all counsel of record via Notice of Electronic Filing on known Filing Users on August 10, 2017 as follows:

Leslie Selig Byrd
BRACEWELL, LLP
300 Convent Street, Suite 1500
San Antonio, Texas 78205

                */s/ Robert R. Debes, Jr.*
                _____
                Robert R. Debes, Jr.